KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

(206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| IRENE CAMARENA,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>    Defendant. | Case # 1:15-CV-01461-SMS<br><br>MOTION FOR EXTENSION OF TIME; ORDER |

The Plaintiff moves, through her counsel, that Plaintiff shall have a second extension of time of 1-day to file Plaintiff's opening brief, in accordance with the scheduling order. Plaintiff's counsel has suffered a computer issue, which has corrupted portions of the brief file. Counsel needs an additional day to reformat the file, extract the uncorrupted text and rewrite the corrupted portions. Opposing counsel has been notified and been made aware of the situation. Opening Brief shall now be due on July 14, 2016.

The Plaintiff requests that the Court's grant his motion for extension of time and the

Page 1    MOTION
         [1:15-CV-01461-SMS]

Scheduling Order shall be modified accordingly.

Dated July 13, 2016:       /s/ Kelsey M Brown
                           KELSEY MACKENZIE BROWN CA #263109
                           Mackenzie Legal, PLLC
                           1003 Whitman Street
                           Tacoma, WA 98406
                            (206) 300-9063
                           Attorney for Plaintiff


ORDER

The Court adopts the Plaintiff's motion as outlined above. Plaintiff's Opening brief is now due on July 14, 2016. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED.

Dated:   **July 14, 2016**            **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE

Page 2    MOTION
          [1:15-CV-01461-SMS]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063